# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | No. 3:25-CR-210 |
| v. : | |
| : | (Judge Saporito) |
| MARCO DEPUTY, : | |
| Defendant. : | |

### INDICTMENT

FILED
SCRANTON
AUG 1 2 2025
PER _____
DEPUTY CLERK

**THE GRAND JURY CHARGES:**

### COUNT 1
18 U.S.C. § 1791(a)(2)
(Possession of Prohibited Object in Prison)

On or about December 2, 2024, in the Middle District of Pennsylvania, the defendant,

**MARCO DEPUTY,**

an inmate of Schuylkill Federal Correctional Institution, a Federal correctional, detention, and penal facility, possessed a prohibited object, to wit, an inmate-made, sharpened aluminum weapon.

All in violation of Title 18, United States Code, Sections 1791(a)(2), (b)(3), and (d)(1)(B).

|  |  |
|---|---|
| JOHN C. GURGANUS<br>Acting United States Attorney | A TRUE BILL<br><br>_____<br>FOREPERSON |
| *Sarah Lloyd*<br>SARAH R. LLOYD<br>Assistant United States Attorney | 8/12/25<br>Date |